No. 93–381. DUNSMORE, VERMONT COMMISSIONER OF AGRICULTURE, ET AL. *v.* HELEBA ET AL. Sup. Ct. Vt. Certiorari denied.

No. 93–384. ENTEZARI *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 93–385. GENERAL MILLS, INC., ET AL. *v.* POWER AUTHORITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 93–391. CAPITAL IMAGING ASSOCIATES, P. C. *v.* MOHAWK VALLEY MEDICAL ASSOCIATES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–392. GARDNER *v.* REED, INDIVIDUALLY, AS ADMINISTRATOR OF ESTATE OF REED AND AS GUARDIAN OF ESTATE OF REED, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–393. ALLIED PRODUCTS CORP. *v.* VAGENAS ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–394. SMITH ET AL. *v.* LOWER MERION TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 93–402. EVANS ET AL. *v.* HEICHELBECH ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–403. AMAX METALS RECOVERY, INC. *v.* UNITED STEELWORKERS OF AMERICA. C. A. 5th Cir. Certiorari denied.

No. 93–408. MEEK *v.* GEM BOAT SERVICE, INC. Ct. App. Ohio, Ottawa County. Certiorari denied.

No. 93–413. LOCKRIDGE *v.* KAMBOURIS ET AL. Ct. App. Mich. Certiorari denied.

No. 93–414. BRAHM *v.* BRAHM. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 93–415. HUTCHINSON *v.* COMPOSITE STATE BOARD OF MEDICAL EXAMINERS ET AL. Sup. Ct. Ga. Certiorari denied.